UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN M WAGSTAFFE, et al.,<br><br>　　　　　Defendant. | Case No. 21-cv-07309-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 17 |

The Court has reviewed Judge Laurel Beeler's Report and Recommendation Re: Dismissal of the Case with Prejudice, and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 5, 2022

VINCE CHHABRIA
United States District Judge