UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN M WAGSTAFFE, et al.,<br><br>        Defendant. | 21-cv-07309-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 5, 2022

VINCE CHHABRIA
United States District Judge